Same case below, 644 F.3d 573.

**No. 11-7413. Claudette Mitchell, Petitioner v. University Medical Center, Inc.**

565 U.S. 1130, 132 S. Ct. 1048, 181 L. Ed. 2d 770, 2012 U.S. LEXIS 92,

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-7420. Arthur Tchibassa, Petitioner v. United States.**

565 U.S. 1131, 132 S. Ct. 1049, 181 L. Ed. 2d 770, 2012 U.S. LEXIS 157.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

**No. 11-7414. Robert Francis, Petitioner v. United States.**

565 U.S. 1130, 132 S. Ct. 1048, 181 L. Ed. 2d 770, 2012 U.S. LEXIS 159,

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 11-7422. Sidney McCray, Petitioner v. David Rednour, Warden.**

565 U.S. 1131, 132 S. Ct. 1049, 181 L. Ed. 2d 770, 2012 U.S. LEXIS 72.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 441 Fed. Appx. 376.

**No. 11-7415. Michael Gisi, Petitioner v. Florida.**

565 U.S. 1130, 132 S. Ct. 1049, 181 L. Ed. 2d 770, 2012 U.S. LEXIS 351.

January 9, 2012. Petition for writ of certiorari to the District Court of Appeal of Florida, Second District, denied.

Same case below, 64 So. 3d 682.

**No. 11-7423. Enyil Raul Moradel-Ruiz, Petitioner v. United States.**

565 U.S. 1131, 132 S. Ct. 1049, 181 L. Ed. 2d 770, 2012 U.S. LEXIS 53.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 438 Fed. Appx. 256.

**No. 11-7418. Kenneth Taylor, Petitioner v. United States.**

565 U.S. 1131, 132 S. Ct. 1049, 181 L. Ed. 2d 770, 2012 U.S. LEXIS 164.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 11-7425. Kelvin Owens, Petitioner v. United States.**

565 U.S. 1131, 132 S. Ct. 1049, 181 L. Ed. 2d 770, 2012 U.S. LEXIS 66.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 436 Fed. Appx. 745.